# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| RE: | ) | |
|---|---|---|
| | ) | CASE NO. 15-02211-lmj13 |
| MARK ALLEN PLOWMAN and | ) | |
| MELISSA KAY PLOWMAN, | ) | MOTION TO AMEND PLAN POST |
| | ) | CONFIRMATION |
| | ) | |
| Debtors. | ) | |

COMES NOW Debtors Mark and Melissa Plowman, by their attorney H. J. Dane, and move the Court to Amend the Chapter 13 Plan Post Confirmation and in support hereof state as follows:

1. The Debtors divorced during the pendency of this case, and Mark Plowman has assumed responsibility for the home mortgage and the Chapter 13 plan payment.

2. Mark's outside income has declined in recent months and Mark is unable to continue to pay the house payment and the plan payment; and therefore moves to amend his plan to allow him to retain his 2019 state and federal tax refunds, to provide a payment moratorium until December 1, 2020, to reduce his payment to $100 per week beginning December 1, 2020, and to extend his plan for twelve months – from December 1, 2020 to November 30, 2021. Melissa Plowman has consented to these terms.

3. This amendment allows the Debtors to remain in Chapter 13 and will therefore benefit the Creditors.

WHEREFORE, the Debtors pray that the Court grant their Motion to Amend Plan Post Confirmation on the terms set forth herein.

MARK ALLEN PLOWMAN and<br>
MELISSA KAY PLOWMAN, Debtors

By     /s/ H. J. Dane
H. J. Dane, Attorney for Debtors
IA Fed. #9999913
IA St. #AT0001964
1111 East River Drive
Davenport, Iowa 52803
Telephone (563) 326-0006
E-mail: hjdane@hjdane.com

## PROOF OF SERVICE

The undersigned certifies that the attached Instrument was served on all parties to the above cause to each of the attorneys of record herein at their respective addresses electronically (ECF) as indicated and by U.S. Mail on June 19, 2020.

By:      X    U.S. Mail                _____ Fax
           _____ Hand Delivered      _____ Overnight Courier
           _____ Certified Mail            X   Other Electronic, as indicated

/s/ Jeanne Hammer

| | | |
|---|---|---|
| Carol Dunbar, Chapter 13 Trustee<br>mcdunbar@cfu.net | U.S. Trustee@<br>USTPRegion12.DM.ECF@usdoj.gov | Deanna R. Bachman on behalf of Trustee Carol Dunbar<br>cfdunbar@cfu.net |
| Capital One Bank<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 9002<br>Holtsville, NY 11742 | ENT Medical Services<br>2615 Northgate Dr.<br>Iowa City, IA 52245-9565 |
| H&R Accounts, Inc.<br>5320 22nd Avenue<br>Moline, IL. 61265 | Internal Revenue Service<br>Insolvency Group<br>210 Walnut Street, Stop 5301<br>Des Moines, IA 50309 | Jenelle C. Arnold<br>Aldridge PITE, LLP<br>4375 Jutland Drive, Suite 200<br>PO Box 17933<br>San Diego, CA 92177 |
| Muscatine Adjustment Bureau<br>PO Box 180<br>Oskaloosa, IA 52577 | Ocwen Loan Servicing<br>1661 Worthington Rd, Suite 100<br>West Palm Beach, FL. 33409-6493 | Wilmington Trust Company<br>c/o Ocwen Loan Servicing, LLC<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 |
| Iowa Department of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 10471<br>Des Moines, IA 50306 | Nationstar Mortgage LLC<br>dba Mr. Cooper<br>PO Box 619096<br>Dallas, TX 75261 | Midland Credit Management, Inc.<br>PO Box 2011<br>Warren, MI 48090-2011 |